Exhibit A to the Complaint

**Location:** Diamond Bar, CA  **IP Address:** 104.172.55.76
**Total Works Infringed:** 40  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 814E9924FAD4013C8AB3F9358BAE5809BFBD5B60 | 06/03/2025 08:14:50 | Blacked Raw | 04/26/2025 | 05/20/2025 | PA0002531777 |
| 2 | 6566919E98B0D86C2FDE39270295D801F67C2A40 | 02/14/2025 09:49:32 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 3 | 8B23E8690195154DFEF341B0547D78EA96746AA7 | 10/25/2024 07:59:21 | Blacked | 06/05/2021 | 06/15/2021 | PA0002296924 |
| 4 | D01B8F3A00F545AB890622F1397F0883267B7F95 | 10/25/2024 07:43:39 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 5 | 4700AE9C0804ED680DBC29B23E1990876004E9A3 | 09/18/2024 06:36:14 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 6 | 2d7714061824b76d3234f732ad79587975002fc6 | 09/15/2024 15:35:27 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 7 | d8bdf81d1e3f08c2fd1fdbf17f7d0aa0314425e0 | 09/15/2024 06:56:49 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 8 | 75dd0fa127c1be4a96205d4a69a9445094ecd5af | 08/29/2024 17:47:08 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 9 | a6498d332d6e74de1fe34f835f21a7793678f5f3 | 08/24/2024 20:00:30 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 10 | 17a7be2d71e1d1ce674ec7159674a36dca42567a | 08/10/2024 18:27:06 | Tushy | 03/24/2024 | 04/12/2024 | PA0002465214 |
| 11 | 29bf65370106a745c0bad9635a604f57033f15f4 | 08/10/2024 03:30:37 | TushyRaw | 07/19/2023 | 08/17/2023 | PA0002425534 |
| 12 | dd663305db3a53abc84f5f0e07d956414c17c534 | 08/08/2024 05:53:09 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 13 | 581f4bbb160830de7592522e28d00b6aba297b12 | 08/06/2024 20:00:35 | TushyRaw | 07/23/2024 | 08/15/2024 | PA0002484859 |
| 14 | f823d91eed228a3a283c794d385f71de6c3e5fa7 | 08/05/2024 06:09:22 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |
| 15 | 930c7d7a13c197761689147b12d70c93f8212878 | 08/01/2024 08:38:47 | TushyRaw | 10/04/2023 | 10/18/2023 | PA0002435604 |
| 16 | cadfc2550c1531841fbbbe8a431aaa29ddd6ff42 | 07/30/2024 03:16:30 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 14bddc5202d0f86c0fae492caa4e0fac709dfdf0 | 07/28/2024 22:39:25 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 18 | c34c1edd18662d055d780ce3806fe71048240231 | 07/22/2024 09:40:50 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 19 | 7ff066621cb1fc2e628f8c3a5a4f3acfb891adb3 | 07/21/2024 10:42:29 | Vixen | 05/17/2024 | 06/18/2024 | PA0002476876 |
| 20 | e96d9d90ce66fe6c2ccab0c236ea0f9e31e3ebcf | 06/24/2024 16:03:48 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |
| 21 | f3aa7b057e264e2afb5fc0651b4d83d4cece5ea4 | 06/22/2024 13:49:51 | Blacked Raw | 03/10/2023 | 04/07/2023 | PA0002405760 |
| 22 | c5f4f301d69b516ca81a7a9d3aaf6787d88858e5 | 06/22/2024 02:04:12 | Milfy | 03/20/2024 | 06/24/2024 | PA0002477487 |
| 23 | 6732064d2a98ff25c241724b2535256e71f37ad8 | 06/21/2024 01:51:54 | TushyRaw | 05/14/2024 | 06/19/2024 | PA0002476917 |
| 24 | 2e82bd97c01593974a9278ba1b398d609c3e2d47 | 06/20/2024 10:22:54 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 25 | 937E427FFCD470943253D1871C2889B4CA595769 | 06/18/2024 20:08:23 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 26 | 9361b2891042fce9a166c8b7a4af5b02915571c2 | 06/17/2024 18:56:51 | Slayed | 12/20/2022 | 01/05/2023 | PA0002394011 |
| 27 | 811488e112f02442eeb687f84e2adb85975814ba | 05/29/2024 09:29:28 | Blacked Raw | 12/15/2022 | 02/21/2023 | PA0002400999 |
| 28 | ed3e9083585de35f16d3fbf431e5ef9309702ff4 | 05/25/2024 08:44:05 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 29 | 7512995c185aa56a6bd8b26d06fbcaaaf2ef69fd | 05/20/2024 16:59:22 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 30 | dd501aa063a2ad2ef56eee89dc4eeb2ff8c78738 | 05/17/2024 21:14:29 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 31 | 4442f6e910eaec5faa78e8b003f3477c7116fbd6 | 05/15/2024 02:01:43 | TushyRaw | 08/02/2023 | 08/17/2023 | PA0002425540 |
| 32 | 358431D2BAFDCF32A8DD434A390507B2EC2E20A7 | 04/17/2024 20:17:14 | Blacked | 04/13/2024 | 05/08/2024 | PA0002470011 |
| 33 | 0a17585b2b9285314d6d4eea82bc67541a9fcd00 | 04/13/2024 12:29:05 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |
| 34 | 54ebcde9ed1ac68aaf1691b397421df7490f4ab6 | 04/03/2024 23:43:49 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | b2a7d67e0771fadf81d6b18ebde0af153cf627d7 | 02/18/2024 09:11:50 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |
| 36 | BF21E889895AA90EA2BC115F1EE7EB1F86E2AB0B | 01/19/2024 09:51:09 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 37 | 9cb00b0b643f02d773bd642e991daebbe8ce65c0 | 11/09/2023 11:59:41 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 38 | 0c39be8974e8d6783a783667426efab1bfbb1965 | 11/02/2023 01:23:43 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 39 | 765981234a043ff80dacbefb2995bf1f5baf6260 | 10/25/2023 14:58:12 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 40 | 5a2c9c8c913b7627fd7c9722fbe2fabdb8843423 | 10/08/2023 13:30:25 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |